UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Felix Castro, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　– vs. –<br><br>Shoe Mart Factory Outlet, Inc.,<br><br>　　　　Defendant. | DOCKET NO. 23-cv-5702<br>(JPC) (GWG)<br><br>**NOTICE OF APPEARANCE** |

　　NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Shoe Mart Factory Outlet, Inc.

Dated:　August 8, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David Stein (DS 2119)
　　　　　　　　　　　　　　　　STEIN & NIEPORENT LLP
　　　　　　　　　　　　　　　　1441 Broadway, Suite 6090
　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　(212) 308-3444
　　　　　　　　　　　　　　　　(212) 836-9595 (Fax)
　　　　　　　　　　　　　　　　dstein@steinllp.com

　　　　　　　　　　　　　　　　Attorneys for Defendant