UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FELIX CASTRO, on Behalf of Himself and All Others  :
Similarly Situated,                                :
:
                    Plaintiff,   :   23 Civ. 5702 (JPC)
:
    -v-                                            :   ORDER
:
SHOE MART FACTORY OUTLET, INC.,                    :
:
                    Defendant.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 30, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 7. Defendant's deadline to respond to the Complaint was therefore September 20, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until September 28, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by October 2, 2023.

      SO ORDERED.

Dated: September 21, 2023
      New York, New York
                                                 JOHN P. CRONAN
                                                 United States District Judge