UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX CASTRO,<br><br>      Plaintiff,<br><br>  v.<br><br>SHOE MART FACTORY OUTLET, INC.<br><br>      Defendants. | 23-CV-5702 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for November 20, 2023, at 3:00 P.M. is ADJOURNED.

  SO ORDERED.

Dated: October 19, 2023
   New York, New York

                         DALE E. HO
                         United States District Judge