

# The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

May 3, 2024

**VIA ECF**
Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

Re:     <u>Felix Castro v. Shoe Mart Factory Outlet, Inc. - Case No. 1:23-cv-05702-DEH-GWG</u>

To the Honorable Judge Dale E. Ho,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated April 4, 2024.  The parties have a settlement in principle but have yet to memorialize the agreement.  Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from May 3, 2024 to June 3, 2024.  This is the first request for this relief and is on consent of both parties.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*

Application **GRANTED**.

The parties shall have until **June 3, 2024** to apply to reopen this matter if settlement is not consummated.

The Clerk of Court is directed to close ECF No. 18.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: May 6, 2024
New York, New York